942 So.2d 853 (2006)
Beatrice R. ADAMS
v.
Terry Wayne ADAMS, Jr.
2040402.
Court of Civil Appeals of Alabama.
May 12, 2006.
Mavanee Routt Bear, Birmingham, for appellant.
Charles A. Dodson, Jr., and Joseph D. Steadman of Dodson & Steadman, P.C., Mobile, for appellee.
BRYAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(C), Ala. R.App. P.; § 30-3-131, Ala.Code 1975; Ex parte Fann, 810 So.2d 631 (Ala.2001); Ex parte Devine, 398 So.2d 686 (Ala.1981); Kaufman v. Kaufman, 934 So.2d 1073 (Ala.Civ.App.2005); Gladden v. Gladden, 942 So.2d 362 (Ala.Civ.App.2005); Headrick v. Headrick, 916 So.2d 610 (Ala.Civ. App.2005); Smith v. Smith, 887 So.2d 257 (Ala.Civ.App.2003); C.J.L. v. M.W.B., 879 So.2d 1169 (Ala.Civ.App.2003); Baggett v. Baggett, 855 So.2d 556 (Ala.Civ.App.2003); McClelland v. McClelland, 841 So.2d 1264 *854 (Ala.Civ.App.2002); J.H.F. v. P.S.F., 835 So.2d 1024 (Ala.Civ.App.2002); Moody v. Nagle, 811 So.2d 546 (Ala.Civ.App.2001); Segrest v. Segrest, 574 So.2d 821 (Ala.Civ. App.1990).
The appellant's request for an attorney's fee on appeal is denied.
CRAWLEY, P.J., and PITTMAN and MURDOCK, JJ., concur.
THOMPSON, J., concurs specially, with writing.
THOMPSON, Judge, concurring specially.
I concur specially. See my special writing in Lamb v. Lamb, 939 So.2d 918 (Ala. Civ.App.2006), explaining my position regarding the need for express findings when, in a case like this one, the trial court awards custody of a child to a parent against whom allegations of domestic violence have been made.